UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANELY GERMOSO,
                      Plaintiff,

     -v-

HOME DEPOT U.S.A., INC.,
                      Defendant.

25-CV-6390 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On August 7, 2025, this Court granted Defendant's motion for an extension of time to move, answer, or otherwise respond to Plaintiff's complaint. (ECF No. 9.) Defendant was ordered to answer by August 22, 2025. (*Id.*) No response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

    If Plaintiff fails by September 10, 2025, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    SO ORDERED.

Dated: August 26, 2025
       New York, New York

                                        J. PAUL OETKEN
                                      United States District Judge